United States District Court
Southern District of Texas
ENTERED
JUL 22 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
JUL 22 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR GARZA SANCHEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-145 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Pending before the court is the Motion for Summary Judgment of Thomas Shuler in which he claims to be entitled to the protection of the doctrine of qualified immunity. After a complete review of the Motion, the affidavit attached thereto, the Response and the exhibits attached thereto, the court is of the opinion that there are substantial issues of material fact which preclude the granting of the Motion.

It is DENIED.

DONE at Brownsville, Texas, this 22nd day of July 1998.

_____
John Wm. Black
United States Magistrate Judge