*United States District Court*
*Southern District of Texas*
**ENTERED**
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
AUG 1998
Michael N. Milby, Clerk of Court

## ORDER

| | |
|---|---|
| OSCAR GARZA SANCHEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-145 |
| § | |
| UNITED STATES OF AMERICA § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**PRETRIAL CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                 CONTINUED TO DATE AND TIME:

**AUGUST 14, 1998 AT 10:00 A.M.**                   **AUGUST 20, 1998 AT 9:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 14, 1998

FAX TO:   MS. NANCY MASSO
          MR. DENNIS SANCHEZ