47

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG    1998

Michael N. Milby, Clerk of Court

OSCAR GARZA SANCHEZ and      §
IRMA PEREZ DE GARZA          §
                             §
VS.                          §      CIVIL ACTION NO. B-96-145
                             §
UNITED STATES OF AMERICA and §
THOMAS G. SHULER             §

ORDER

CAME ON TO BE CONSIDERED on the 20th day of ~~December,~~ AUGUST 1997 8,
the Plaintiffs' Motion for Leave to File Their First Amended
Complaint, and the Court having considered same is of the opinion
that said Motion should be granted.  It is therefore,

ORDERED, that Plaintiffs, OSCAR GARZA SANCHEZ and IRMA PEREZ
DE GARZA, be and are hereby granted leave to file their First
Amended Complaint in the above-styled and numbered cause of
action.

SIGNED FOR ENTRY this 20th day of ~~December, 1997~~ AUGUST 1998, at
Brownsville, Texas.

_____
Judge Presiding