*48*

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
South                of Texas
FILED

AUG      1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| OSCAR GARZA SANCHEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-145 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## AMENDED SCHEDULING ORDER

On this 20th day of August, 1998, a pretrial conference was held and the following rulings were made:

Pending dates are hereby passed.

The joint pretrial order must be filed on or before September 30, 1998.

A final pretrial and settlement conference is set for September 30, 1998 at 10:00 A.M.

Jury selection is set for October 2, 1998 at 8:30 A.M. before Judge Filemon B. Vela.

Trial is set for October 14, 1998 at 9:00 A.M. before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 20th day of August 1998.

John Wm. Black
United States Magistrate Judge