United States District Court
Southern District of Texas
ENTERED

SEP 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

49

United States District Court
Southern District of Texas
FILED

SEP 15 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR GARZA SANCHEZ, ET AL | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-96-145 |
| | * | |
| UNITED STATES OF AMERICA, ET AL | * | |
| | * | |

**MEDIATION ORDER**

The Court has determined that this cause of action is appropriate for referral to mediation under Local Rule 22 and refers the case to the following mediator:

Randy Fleuriet
FLEURIET SCHELL & PHILLIPS, L.L.P.
621 E. Tyler St.
Harlingen, TX 78550
(956) 428-3030

Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five business days from the date of this order all counsel must contact the mediator to arrange the details of mediation. If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator. Mediation shall occur no later than 14 days from the date of this Order. All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons, or discovery paper shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation: Each party who is a natural person must be present during the entire mediation. Each party that

ClibPDF - www.fastio.com

is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If the government or any of its agencies is a party, an agency representative with authority to settle up to legal or other statutory limits shall be present. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

All dates in the Rule 16 scheduling order are temporarily suspended. If mediation is unsuccessful, an amended scheduling order will be entered. The submission date of all pending motions will be continued until 20 days after the entry of the memorandum filed by the mediator pursuant to Local Rule 22.K.1.

Within 10 days after the mediation, the mediator will file with the clerk the memorandum required by Local Rule 22.K.1. No information about the mediation, other than that required by Local Rule 22, may be given to the Court by anyone.

DONE on this the 15th day of September, 1998 in Brownsville, Texas.

JOHN WILLIAM BLACK
United States Magistrate Judge



ClibPDF - www.fastio.com