**53**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**NOV 0 9 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OSCAR GARZA SANCHEZ AND | * | |
| IRMA PEREZ SANCHEZ, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. B-96-145 |
| | * | |
| UNITED STATES OF AMERICA AND | * | |
| THOMAS G. SHULER | * | |

### ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America and Thomas G. Shuler (in his Official and Individual capacities), Defendants herein, and Oscar Garza Sanchez and Irma Perez Sanchez, Plaintiffs herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this 6th day of _____ NOV _____, 1998, in Brownsville, Texas.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com